IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fox J. Salerno, | No. CV07-688-PHX-ROS |
| Petitioner, | **ORDER** |
| vs. | |
| Dora Schriro, et al., | |
| Respondents. | |

On July 10, 2007, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation (R&R) recommending the petition for writ of habeas corpus be denied. Petitioner filed objections. For the following reasons, the R&R will be adopted in full and the petition will be denied.

In his petition for habeas corpus, Petitioner claimed that he was denied due process at his disciplinary proceeding at the Arizona Department of Corrections because insufficient evidence supported the finding of guilt. The Magistrate Judge concluded Petitioner's claim failed on its merits. Petitioner timely filed his objections.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121

1    (9th Cir. 2003) (*en banc*) (emphasis in original).  In this case, Petitioner objected to the

2    Magistrate's findings and recommendations; therefore, the Court's review is *de novo.*

3         Having reviewed the Magistrate's findings and recommendations *de novo*, the Court

4    agrees with the Magistrate Judge that Petitioner's claim fails on its merits. As discussed in

5    the R&R, due process only requires "some evidence" to support the prison's disciplinary

6    action. <u>Superintendent v. Hill</u>, 472 U.S. 445, 454 (1985).  More than "some evidence," with

7    indicia of reliability, was presented at the prison's disciplinary proceeding.

8         Accordingly,

9         **IT IS ORDERED** the Report and Recommendation (Doc. 11) is **ADOPTED**

10   and this action is **DISMISSED WITH PREJUDICE**.

12        DATED this 21st day of August, 2007.

16   _____

17   Roslyn O. Silver
     United States District Judge